UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lori Ann Morin,

    Plaintiff,

v.                                                                        Case No. 10-13040

Commissioner of Social Security,                       Honorable Sean F. Cox

    Defendant.

_____/

## JUDGMENT

For the reasons set forth in a Report and Recommendation issued on January 26, 2012, and an Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

                                    S/Sean F. Cox
                                    Sean F. Cox
                                    United States District Judge

Dated:  March 26, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2012, by electronic and/or ordinary mail.

                                    S/Jennifer Hernandez
                                    Case Manager